IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS BUTLER O'NEAL,

    Plaintiff,                    No. CIV S-02-1824 LKK KJM P

   vs.

J. PRICE,

    Defendants.             ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On May 13, 2005, the Ninth Circuit vacated the order dismissing the action and remanded the case for further proceedings in light of <u>Andrews v. King</u>, 398 F.3d 1113 (9th Cir. 2005).

        IT IS ORDERED that within thirty days of the date of this order defendant shall file its additional factual support for his motion to dismiss or a statement that the court may proceed on the pleadings in the court file. Plaintiff's additional opposition, if any, must be filed within thirty days of defendant's filing. Defendant's reply, if any, is due fifteen days after plaintiff files his opposition.

DATED: June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/onea1824.ak

1