IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS BUTLER O'NEAL,

        Plaintiff,                    No. CIV S-02-1824 LKK KJM P

    vs.

J. PRICE,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff has filed his second request for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's second request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's June 30, 2005 second
2   request for the appointment of counsel is denied.
3   DATED: July 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf
onea1824.31

2