IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS BUTLER O'NEAL,

        Plaintiff,                No. CIV S-02-1824 LKK KJM P

   vs.

J. PRICE,

        Defendant.        <u>ORDER</u>

_____/

      On July 12, 2005, the Magistrate Judge issued an order denying plaintiff's request for the appointment of counsel. On August 29, 2005, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of July 12, 2005 is therefore untimely.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's August 29, 2005 request for reconsideration is denied.

DATED: September 12, 2005.

                                      /s/Lawrence K. Karlton
                                      UNITED STATES DISTRICT JUDGE

/kf
onea1824.851