IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS BUTLER O'NEAL,

     Plaintiff,                    No. CIV S-02-1824 LKK KJM P

     vs.

J. PRICE, et al.,

     Defendants.            ORDER

_____/

     Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On March 13, 2006, plaintiff filed his fifth request for the appointment of counsel. Plaintiff's previous requests were filed on February 24, 2003, June 30, 2005, July 11, 2005 and August 29, 2005. All requests were denied. In light of those orders, and given no material change in the circumstances relating to plaintiff's request, IT IS HEREBY ORDERED that plaintiff's March 13, 2006 request for appointment of counsel is denied.

DATED: May 1, 2006.

                                               UNITED STATES MAGISTRATE JUDGE

mp oneal824.31

1