UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| LOUIS BUTLER O'NEAL,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>PRICE, CDC Staff Counselor,<br><br>    Defendant - Appellee. | No. 06-15591<br>D.C. No. CV-02-01824-LKK<br><br><br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: The appeal is frivolous

_____

_____

_____

_____

                                    /s/ Lawrence K. Karlton
                                         Judge
                         United States District Court

                                          Date: 5/30/06